IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BETTY J. NOBLES, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:08-cv-124-CSC |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
|     Defendant. | ) |

**ORDER**

Now pending before the court is the defendant's second motion for an extension of time to file his brief (doc. # 15). Upon consideration of the motion and for good cause, it is

ORDERED that the defendant's motion for an extension of time to file his brief (doc. # 15) be and is hereby GRANTED and the deadline for filing his brief be and is hereby EXTENDED from September 2, 2008 until **October 2, 2008.**

The defendant is specifically advised that, absent extraordinary circumstances, no further extensions will be granted.

Done this 2nd day of September, 2008.

                                     /s/Charles S. Coody
                              CHARLES S. COODY
                              UNITED STATES MAGISTRATE JUDGE